THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK LAPETINA, Appellant.

Submitted October 19, 2009; decided November 24, 2009

Reported below, 34 AD3d 836.

Motion for reargument dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [*see* 9 NY3d 854 (2009)].

Chief Judge LIPPMAN taking no part.